_AO91 (Rev. 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

UNITED STATES OF AMERICA
V.

**Rene Rodriguez**
**Laredo, Texas**
**United States**

**Cristina Guerrero**
**Laredo, Texas**
**United States**

(Name and Address of Defendants)

## CRIMINAL COMPLAINT

Case Number: **L-08-PO9533**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 5, 2008** (Date) in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas,** **Rene Rodriguez** and **Cristina Guerrero** defendant(s) ,

both United State Citizens, did knowingly and willfully aid and abet the illegal entry of Carla Castellanos Hernandez a Mexican alien by transporting, guiding through the brush, directing, and attempting to assist them in furthering their entry into the United States

in violation of Title **8** United States Code, Section(s) **1325, 18 USC 2**

I further state that I am a(n) **Senior Border Patrol Agent** (Official Title) and that this complaint is based on the following facts:

Furthermore,

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

/S/
Signature of Complainant

**Alfonso Perez**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**August 7, 2008** at Laredo, Texas
Date City and State

**Adriana Arce Flores**
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

**United States of America** **Page 2**

**vs**

**Rene Rodriguez**
**Cristina Guerrero**

**[CONT OF BASIS OF COMPLAINT]**

On August 5, 2008 at approximately 3:30 A.M., Border Patrol Agent Juan Sanchez working traffic check duties at the IH35 Checkpoint just north of Laredo, Texas. At this time a Blue Pontiac G6 Vehicle approached his position for inspection, the vehicle had 3 visible occupants inside. The driver later identified as Cristina Guerrero stated she was a U.S. Citizen and the front seat passenger later identified as Rene Rodriguez also stated that he was a U.S. Citizen. The female in the rear seat later identified as Carla Castellanos Hernandez of the vehicle was also interviewed and she also claimed to being a U.S. Citizen. Follow up questions were asked of Carla and she could not answer correctly and was unsure in her answers. They were then sent to secondary inspection for a more detailed immgration inspection.

Once in secondary inspection area, Agent Sanchez was able to determine that Carla Castellanos Hernandez was in fact a Undoucmented Mexican Citizen illegally in the United States without any type of legal immigration doucments to remain or reside in the U.S. legally. All occupants were then placed under arrest and taken inside the C-29 Checkpoint for further interviewing an processing. All subjects were read their Miranda Warning and acknowledge them by signing Service Form I-214.

Further questioning revealed that Carla Castellanos Hernandez was if fact illegal and was attempting to being smuggled to San Antonio, Texas by Rene Rodriguez and Christina Gurerrero. Carla Castellanos Hernandez claims that the arrangements were made by her cousin in San Antonio, Texas and that she was only going to pay the smuggling fee once she began working.

Principle Cristina Guerrero states she offered Carla Castellanos Hernandez a ride to San Antonio, Texas after she met her at the bus station in Laredo, Texas,. Cristina Guerrero claims she was attempting to purchase a ticket for herself to go to San Antonio, Texas to see her children and could not get one as they were sold out for the time she needed. She claims she then called her boyfriend Rene Rodriguez and asked him if he could take her to San Antonio and when he agreed she then asked if Carla Castellanos Hernandez could also come along. Cristina Guerrero adds that Rene Rodriguez agreed and he then picked them up both in his father's vehicle. She denies any acknowledgement of Carla Castellanos Hernanez being in the U.S. illegally.

Co-Principle Rene Rodriguez envoked his right to Remain Silent and did not give a Sworn Statement. Subject has Criminal History as a Juvenile and also has Pending Charges as an Adult, but there is no dispostion yet as those cases are still on going.